UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHEVRON U.S.A., INC.,

    Plaintiff,

v.                                             CASE NO: 8:06-cv-2173-T-26MSS

JOHN ("JACK") J. CECCARELLI,

    Defendant.
_____/

**O R D E R**

Pending before the Court is Plaintiff's Motion for Attorneys' Fees, Incorporated Memorandum of Law, and Certificate of Compliance With Local Rule 3.01(g).[1] Although the Court directed Defendant Ceccarelli to file a response to the motion on or before October 19, 2007,[2] as of the date of the entry of this order he has failed to comply with this directive.

The Court has nevertheless carefully reviewed Plaintiff's submissions in support of its requests for fees and costs in the form of the affidavit of Gregory W. Herbert and its attachments and the affidavit of David S. Oliver. After doing so, the Court concludes, consistent with the teachings of <u>Norman v. Housing Authority of the City of</u>

---

[1] <u>See</u> docket 24.

[2] <u>See</u> docket 25.

Montgomery, 836 F.2d 1292 (11th Cir. 1988), and in the absence of any specific objections from Defendant Ceccarelli, that Plaintiff has sustained its burden of establishing (1) that the hourly rates charged for legal services rendered in this case were reasonable in that they reflected the prevailing market rate in this legal community for similar services by lawyers of reasonably comparable skills, experience, and reputation and (2) that the hours claimed, as reflected in the detailed billing statements, were reasonably expended. The Court also concludes that the costs incurred are fully recoverable.

Accordingly, it is ordered and adjudged as follows:

1) Plaintiff's Motion for Attorneys' Fees (Dkt. 24) is granted.

2) Plaintiff is awarded the total sum of $34,881.15 ($33,593.50 for fees and $1,287.65 for costs).

3) The Clerk is directed to enter judgment for Plaintiff and against Defendant Ceccarelli in the total sum of $34,881.15.

**DONE AND ORDERED** at Tampa, Florida, on October 23, 2007.

    s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record