## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

CHEVRON USA, INC.,

    Plaintiff,

v.                                                      CASE NO: 8:06-cv-2173-T-26MSS

JOHN ("JACK") CECCARELLI,

    Defendant.
_____/

## **O R D E R**

Upon due consideration, it is ordered and adjudged that Defendant Ceccarelli's Motion to Vacate Judgment in a Civil Case (Dkt. 28) is denied.  Assuming the truthfulness of Plaintiff's allegations, he has failed to demonstrate how a timely response would have altered the ultimate outcome - judgment for Plaintiff.  Furthermore, the Court notes that Defendant Ceccarelli also failed to respond to Plaintiff's motion for attorney fees and costs.  Finally, to the extent Defendant Ceccarelli seeks to excuse his failure to file a response because notice of the judgment was forwarded to an incorrect address, the Court would note that the address used was the one he utilized in his answer, and it was his burden to notify the Office of the Clerk of any change in his official address.

**DONE AND ORDERED** at Tampa, Florida, on November 9, 2007.

                                      s/*Richard A. Lazzara*
                                  **RICHARD A. LAZZARA**
                                  **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record